CNR:BK:kcl
F#: 2013R00592

Original Courtesy Copy
Filed Electronically

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X

UNITED STATES OF AMERICA,

- against -

DAMON MARINACCI,

           Defendant.

----------------------------------X

FINAL ORDER OF FORFEITURE

13-CR-526 (SJF)

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y
★ JUN 11 2015 ★
LONG ISLAND OFFICE

WHEREAS, on or about November 14, 2013, DAMON MARINACCI, (the "Defendant"), entered a plea of guilty to the violation of 21 U.S.C. § 846, charged in the sole count of the above-captioned indictment;

WHEREAS, on March 24, 2014, this Court entered a Preliminary Order of Forfeiture pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure finding that the sum of fourteen thousand six hundred dollars and no cents ($14,600.00) in United States currency, more or less, seized on August 15, 2013, from a residence located in Brooklyn, New York, and all proceeds traceable thereto (the "Forfeited Funds") is forfeitable pursuant to 21 U.S.C. § 853(a), as property constituting, or derived from proceeds obtained, directly or indirectly, as a result of the Defendant's violation of 21 U.S.C. § 846, as property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, and/or as substitute assets pursuant to 21 U.S.C. § 853(p);

WHEREAS, legal notice of the forfeiture was published in this district on the official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning May 3, 2014 and ending on June 1, 2014, and

WHEREAS, no third party has filed with the Court any petition or claim in connection with the Forfeited Funds and the time to do so under 21 U.S.C. § 853(n)(2) has expired.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 21 U.S.C. §§ 853(a) and 853(p), and the Preliminary Order of Forfeiture, all right, title, and interest in the Forfeited Funds is hereby condemned, forfeited, and vested in the United States of America.

IT IS FURTHER ORDERED that the United States Marshals Service, or its duly authorized agents and/or contractors be, and hereby are, directed to dispose of the Forfeited Funds in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Eastern District of New York shall retain jurisdiction over this case for the purposes of enforcing this Final Order of Forfeiture, the Preliminary Order and any supplemental orders of forfeiture as may be necessary.

IT IS FURTHER ORDERED that the Clerk of Court shall enter final judgment of forfeiture to the United States in accordance with the terms of this Final Order and the Preliminary Order of Forfeiture.

IT IS FURTHER ORDERED that the Clerk of Court shall send by inter-office mail five (5) certified copies of this executed Final Order of Forfeiture to the United States

Attorney's Office, Eastern District of New York, 610 Federal Plaza, 5th Floor, Central Islip, New York, 11201, ATTN: FSA Asset Forfeiture Paralegal Kristen Lake.

Dated: Central Islip, New York
      June 1\`, 2015

                      s/ Sandra J. Feuerstein

                      _____
                      **HONORABLE SANDRA J. FEUERSTEIN**
                      **UNITED STATES DISTRICT JUDGE**